PETITION TO REHEAR

WEEKS v. HOLSCLAW

No. 58PA82.

Case below: 306 N.C. 655.

Petition by defendant to rehear denied 7 December 1982.